

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2018

No. 04-18-00307-CR

Christian **HART**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-05-00037-CRK
Honorable Russell Wilson, Judge Presiding

# O R D E R

After we granted court reporter Leticia M. Escamilla's first and second motions for extension of time to file the reporter's record, the record was due on August 8, 2018. *See* TEX. R. APP. P. 35.3(c). On the second extended due date, the court reporter filed a third request for an extension of time to file the record until September 5, 2018.

The reporter's request is GRANTED. We ORDER court reporter Leticia M. Escamilla to file the reporter's record with this court by September 5, 2018. *See id.*

**NO FURTHER EXTENSIONS OF TIME TO FILE THE REPORTER'S RECORD WILL BE GRANTED.**

If the reporter's record is not filed as ordered, a SHOW CAUSE ORDER may issue directing Leticia M. Escamilla to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. *See* TEX. R. APP. P. 35.3(c); *see also* TEX. GOV'T CODE ANN. § 21.002 (West 2004) (authorizing contemnor punishment up to "a fine of not more than $500 or confinement in the county jail for not more than six months, or both such a fine and confinement in jail"); *Johnson v. State*, 151 S.W.3d 193, 195–96 (Tex. Crim. App. 2004) (noting the court's previous action holding a court reporter in contempt for "repeatedly fail[ing] to prepare and file the record" and "order[ing] him incarcerated . . . until the record was finished").

The clerk of this court shall cause a copy of this order to be served on Leticia M. Escamilla by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court